# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # 6

------------------------------------------------

Primous

-v-

The Orchard Enterprises, Inc.

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08 cv-0336

JUDGE: KMW

DATE: Feb. 15, 2008

*FILED FEB 1 5 2008 U.S. DISTRICT COURT S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ------------------------------------------------

**DOCUMENT DESCRIPTION**                                                    **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(X) **Original Record**                              (___) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 15th Day of February, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

Primous

-v-

The Orchard Enterprises, Inc.

---------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-0336

JUDGE: KMW

DATE: Feb 15, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 15th Day of February In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00336-KMW
### Internal Use Only

Primous v. The Orchard Enterprises, Inc.  
Assigned to: Judge Kimba M. Wood  
Cause: 28:1331 Fed. Question

Date Filed: 01/15/2008  
Date Terminated: 01/15/2008  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Matthew Primous.(laq) (Entered: 01/18/2008) |
| 01/15/2008 | 2 | COMPLAINT against The Orchard Enterprises, Inc.Document filed by Matthew Primous.(laq) (Entered: 01/18/2008) |
| 01/15/2008 | | Magistrate Judge Douglas F. Eaton is so designated. (laq) (Entered: 01/18/2008) |
| 01/15/2008 | 3 | ORDER OF DISMISSAL,The Court grants plaintiff's application to proceed in forma pauperis, but dismiss the complaint for the reasons set forth. Accordingly, the complaint is dismissed for lack of subject matter jurisdiction.The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 1/15/08) (laq) (Entered: 01/18/2008) |
| 01/15/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 1/15/08) (laq) (Entered: 01/18/2008) |
| 01/29/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint) 3 Order Dismissing Complaint (I.F.P.). Document filed by Matthew Primous. (tp) (Entered: 02/14/2008) |
| 01/29/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Matthew Primous. $455.00 APPEAL FEE DUE. IFP REVOKED 1/18/08. (tp) (Entered: 02/14/2008) |
| 02/14/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 02/14/2008) |
| 02/14/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 02/14/2008) |